UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. BARRIOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AIRTONOMY, INC.,<br><br>　　　　　Defendant. | Case No.  3:21-cv-08360-JD<br><br>**ORDER TO SHOW CAUSE** |

Defendant Airtonomy and its attorney, Andrea Paris, were ordered to file by August 19, 2022, a declaration under penalty of perjury by defendant party representative Higgins certifying that all responsive and non-privileged documents requested by plaintiff Barrios during discovery had been produced.  Dkt. No. 24.  The declaration was not filed.

Airtonomy is ordered to show cause in writing why sanctions, including but not limited to monetary sanctions, defense and evidence preclusion, and professional conduct sanctions against attorney Paris, should not be issued.  The response must be filed by September 2, 2022.

**IT IS SO ORDERED.**

Dated:  August 25, 2022

_____
JAMES DONATO
United States District Judge